| | |
|---|---|
| 1 | KIM O. DINCEL; State Bar #131563 |
| | CHIP COX; State Bar #159681 |
| 2 | LONG & LEVIT LLP |
| | 465 California Street, Suite 500 |
| 3 | San Francisco, CA 94104 |
| | TEL: (415) 397-2222   FAX: (415) 397-6392 |
| 4 | |
| 5 | Attorneys for Defendant |
| | EMPLOYEE EQUITY ADMINISTRATION, INC., a |
| 6 | California corporation, doing business as WESTLINE MEDICAL MANAGEMENT BROOKVUE CARE |
| | CENTER, OAKLAND CARE CENTER, |
| 7 | ROUNSEVILLE REHABILITATION CENTER and |
| | SUNRISE HEALTH CARE CENTER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERVICE EMPLOYERS INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, ANDREW STERN, Trustee, ROD BASHIR, Trustee, CHARLES RIDGELL, Trustee, SHARLEEN STEWART, Trustee, JAMES BERG, Trustee, EDWARD J. MANKO, Trustee, JOHN J. SHERIDAN, Trustee, LARRY T. SMITH, Trustee, WILLIAM F. STUHLBARG, Trustee, | ) | CASE No. C 04 3900 JSW |
| | ) | **STIPULATED JUDGMENT** |
| Plaintiffs, | ) | |
| vs. | ) | |
| EMPLOYEE EQUITY ADMINISTRATION, INC., a California corporation, doing business as WESTLINE MEDICAL MANAGEMENT BROOKVUE CARE CENTER, OAKLAND CARE CENTER, ROUNSEVILLE REHABILITATION CENTER and SUNRISE HEALTH CARE CENTER, | ) | |
| Defendant. | ) | |

EXHIBIT A

Defendants EMPLOYEE EQUITY ADMINISTRATION, INC., dba WESTLINE MEDICAL MANAGEMENT, BROOKVUE CARE CENTER, OAKLAND CARE CENTER, ROUNSEVILLE REHABILITATION CENTER and SUNRISE HEALTH CARE CENTER, stipulate to judgment as follows:

1.   Defendants were bound at all relevant times by a collective bargaining agreement with Local 250 SEIU to submit monthly reports of hours worked, and to make pension contributions at contractual rates to Plaintiff SEIU National Industry Pension Fund ("Fund") on behalf of employees at four nursing home facilities. Defendants failed for many months to fulfill these contractual obligations. The Court has jurisdiction over these claims under ERISA section 502(e), 29 U.S.C. Section 1132(e).

2.   Defendants are ordered to produce monthly contribution reports to plaintiff Fund for Rounsville Rehabilitation Center for the work months July through December 2001, as required pursuant to the terms of its collective bargaining agreement. The reports shall contain all contractually required information concerning covered hours of work by the employees of defendant. Defendants are ordered to provide Social Security numbers for employees listed in reports for Oakland Care Center. Because defendants have received notice of its breach of this obligation for many months, the reports shall be delivered to the office of plaintiffs' attorneys within fourteen (14) days from the date of entry of this Judgment.

3.   The Court grants Judgment in favor of plaintiff and against defendants as to each hour for which contributions are delinquent as follows, under the authority of 29 U.S.C. Section 1132(g)(2):

    (a)   All delinquent contributions;
    (b)   Interest at the Fund rate of 10% simple interest per annum;
    (c)   Liquidated damages on delinquent contributions in an amount equal to the great of:

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

(i) 20% of delinquent contributions or

(ii) An amount equal to the interest due;

(d) Liquidated damages on late paid contributions at the Fund rate of 5%, with a monthly minimum of $50 and a monthly maximum of $800.

4. The award of reasonable attorneys' fees and costs is mandatory under 29 U.S.C. Section 1132(g)(2)(D). *Operating Engineers Pension Trust v. Reed*, 726 F.2d 513, 514 (9th Cir. 1984). Plaintiffs have submitted evidence that they have incurred attorneys' fees of $11,861.50 and costs of $274 to date. The Court finds these amounts to be reasonable and grants Judgment in favor of plaintiffs in these amounts.

5. Based upon the employment data provided by defendant to plaintiffs, and the calculation of amounts due submitted to plaintiffs in reliance on this data, the Court grants Judgment for damages as follows:

| | |
|---|---|
| Contributions | $140,268.19 |
| Interest at 10% per annum | $ 25,236.06 |
| Statutory Liquidated Damages @ the Greater of 20% of Unpaid Contributions Or an Amount equal to the Interest Due, Plus Contractual Liquidated Damages @5% (with Minimum of $50 and Maximum of $800) on Late Paid Contributions | $ 32,732.90 |
| Attorneys' Fees | $ 11,861.50 |
| Costs | $     274.00 |
| **TOTAL** | **$210,372.65** |

6. Defendant is a fiduciary under ERISA with respect to its duty to accurately report covered hours of employment of its employees and contributions owed on their behalf. *Northern California Retail Clerks, Etc. v. Jumbo Markets*, 906 F.2d 1371, 1373 (9th Cir. 1990).

LONG & LEVIT LLP
165 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3
STIPULATED JUDGMENT

This Judgment, based on contractually required self-reporting by defendant, shall not bar plaintiff to conduct its periodic compliance testing in the future of the accuracy of defendants self-reporting of amounts owed for the period covered by this Judgment under the terms of the Trust Agreement of plaintiff Fund, and to bring a separate action based upon inaccurately under reporting of hours and contributions owed by defendants.

Dated: March 1, 2005                    LONG & LEVIT LLP

                                        By: /s/ Chip Cox
                                            CHIP COX
                                            Attorneys for Defendant
                                            EMPLOYEE EQUITY
                                            ADMINISTRATION, INC., a California
                                            corporation, doing business as
                                            WESTLINE MEDICAL
                                            MANAGEMENT BROOKVUE CARE
                                            CENTER, OAKLAND CARE
                                            CENTER, ROUNSEVILLE
                                            REHABILITATION CENTER and
                                            SUNRISE HEALTH CARE CENTER

Dated: March 3, 2005                    SALTZMAN & JOHNSON LAW CORPORATION

                                        By: /s/ Philip M Miller
                                            Attorneys for Plaintiffs
                                            SERVICE EMPLOYERS
                                            INTERNATIONAL UNION NATIONAL
                                            INDUSTRY PENSION FUND, ANDREW
                                            STERN, Trustee, SHARLEEN STEWART,
                                            Trustee, JAMES BERG, Trustee, EDWARD
                                            J. MANKO, Trustee, JOHN J. SHERIDAN,
                                            Trustee, LARRY T. SMITH, Trustee,
                                            WILLIAM F. STUHLBARG, Trustee

Pursuant to Plaintiff's certification of Defendant's failure to provide the payments pursuant to the Settlement Agreement, the Court HEREBY ENTERS this Stipulated Judgment

Date: May 5, 2005                       /s/ Jeffrey S. White
                                        UNITED STATES DISTRICT JUDGE

DOCS\S6111-013\494396.V1

4
STIPULATED JUDGMENT

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222